```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :        1:24-CR-00135
      -against-                     :
                                    :            ORDER
                                    :
   Michael Johnson                  :
                                    :
      Defendant                     :
                                    :
------------------------------------X
```

Jesse M. Furman, United States District Judge:

Upon the report of Pretrial Services, it is hereby ORDERED that the defendant's bail be modified to include mental health evaluation and treatment under the guidance of Pretrial Services.

Dated: New York, New York

May  16  , 2024

SO ORDERED:

_____
Jesse M. Furman
United States District Judge